UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT MICHAEL MARINO, :
: CIVIL ACTION NO. 3:20-1456
Petitioner :
: (JUDGE MANNION)
v. :
:
WARDEN HOWARD, :
:
Respondent :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Marino's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. Petitioner's motion for an order "directing Respondent to hand over" video footage, emails, and notes regarding the June 30, 2019 exchange of exculpatory information (Doc. 29) is **DENIED**.

3. Petitioner's motion for enlargement of time within which to file an appeal (Doc. 32) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: **January 6, 2022**
20-1456-01-Order